UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-CR-00628-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| CONSTANCE DENISE JACKSON | ) | ORDER |

And now, this 13th day of December, 2012, the within Motion is granted, and it is hereby ordered and decreed that Information Number 3:11-CR-00628 against the defendant, CONSTANCE DENISE JACKSON, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 13, 2012              Joseph F. Anderson, Jr.
Columbia, South Carolina       United States District Judge